UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
:
ELLEN ELIZABETH TARR, *on behalf of* :
*herself and all others similarly situated*, :
:
                           Plaintiff, :    24-CV-424 (VSB)
:
         -against- :    **ORDER**
:
DORA MAAR USA, INC., :
:
                         Defendant. :
:
---------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on January 19, 2024, (Doc. 1), and filed an affidavit of service on February 21, 2024, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was March 13, 2024. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 22, 2024. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 17, 2024
           New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge