UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
ELLEN ELIZABETH TARR, *on behalf of* :
*herself and all others similarly situated*, :
:
                            Plaintiff, :      24-CV-424 (VSB)
:
                 -against- :      **ORDER**
:
DORA MAAR USA, INC., :
:
                         Defendant. :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

       The Clerk of the Court has entered a Certificate of Default in this matter. (Doc. 14.) Plaintiff is directed to my Individual Rule 4.H governing default judgments and ORDERED to take action in this case within thirty (30) days.

SO ORDERED.

Dated: May 22, 2024
        New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge